October 11, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

AUGUSTIN GABRIEL CABRERA, Appellant

NO. 14-15-00663-CR                 V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the punishment portion of the judgment **REVERSED** and **REMANDED** for a new punishment hearing.

We further order this decision certified below for observance.